# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| DIANA JORDAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 2:17-CV-00648-JRG-RSP |
| | § | |
| LONGHORN EMERGENCY MEDICAL ASSOCIATES, P.A., | § § | |
| | § | |
| Defendant. | § | |

## ORDER

The above entitled and numbered civil action was referred to United States Magistrate Judge Roy S. Payne pursuant to 28 U.S.C. § 636. Now before the Court is the Report and Recommendation (Dkt. No. 20) by Magistrate Judge Payne, which recommends that Plaintiff's Motion to Strike Defenses (Dkt. No. 10) be denied, but without prejudice to re-urge the motion after the parties propose scheduling for the remainder of this case. Neither party has objected to that recommendation.

Having considered Plaintiff's Motion (Dkt. No. 10), Defendant's Brief in Opposition (Dkt. No. 14), and the Report and Recommendation (Dkt. No. 20), the Court concludes Magistrate Judge Payne's recommendation is correct. **IT IS THEREFORE ORDERED** that the Report and Recommendation (Dkt. No. 20) is hereby **ADOPTED**. Accordingly, Plaintiff's Motion to Strike Defenses (Dkt. No. 10) is **DENIED WITHOUT PREJUDICE** to re-urge the motion after the parties propose scheduling for the remainder of this case.

**So ORDERED and SIGNED this 26th day of January, 2018.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE